IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERMAINE R. RUDDOCK,

   *Plaintiff*,

v.                            Case No.: 4:21cv59-MW/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS,

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order."

The Clerk shall also close the file.

**SO ORDERED on May 10, 2021.**

<pre>                                        s/Mark E. Walker            
                                        Chief United States District Judge</pre>